NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee,*

v.

**CANEX INTERNATIONAL LUMBER SALES, LTD.,**
*Defendant-Appellant,*

v.

**XL SPECIALITY INSURANCE COMPANY,**
*Defendant-Appellee.*

---

2012-1027

---

Appeal from the United States Court of International Trade in case no. 06-CV-0141, Judge Jane A. Restani.

---

## ON MOTION

---

## ORDER

Canex International Lumber Sales, Ltd. moves for an extension of time, until March 16, 2012, to file its initial brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 2 2 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Aimee Lee, Esq
    Joel R. Junker, Esq.
    T. Randolph Ferguson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 2 2012

JAN HORBALY
CLERK